1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  FEDERAL NATIONAL MORTGAGE
   ASSOCIATION,
10                                                No. C 11-03550 JSW
              Plaintiffs,
11
       v.
12                                                **SUA SPONTE JUDICIAL**
   GUILLERMO O. MONTOYA, CARLOS                   **REFERRAL FOR PURPOSES OF**
13 LOPEZ, and DOES 1 - 50, inclusive,             **DETERMINING RELATIONSHIP**
                                                  **OF CASES**
14            Defendants.
                                        /
15

16        Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above

17 captioned case is referred to Judge Edward M. Chen to determine whether it is related to

18 *Federal National Mortgage Association v. Lopez, et al.*, Case No. 11-2349 EMC.

19        **IT IS SO ORDERED.**

20

21 Dated:  August 5, 2011                         *Jeffrey S White*
                                                  _____
22                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28 cc: Betty Lee

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

FEDERAL NATIONAL MORTGAGE,

Case Number: CV11-03550 JSW

Plaintiff,

**CERTIFICATE OF SERVICE**

7

v.

8

CARLOS LOPEZ et al,

9

Defendant.

10

_____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

12

District Court, Northern District of California.

13

That on August 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing

said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office

delivery receptacle located in the Clerk's office.

15

16

17

Carlos Lopez

336 West H Street

18

Dixon, CA 94620

19

20

Dated: August 5, 2011

21

Richard W. Wieking, Clerk

By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28