UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS LOPEZ,<br><br>　　　　Defendant.<br>_____/ | No. C-11-3550 EMC<br><br>**ORDER GRANTING ATTORNEY'S FEES** |

　　In this Court's September 2, 2011 order remanding this case to state court, the Court indicated that pursuant to 28 U.S.C. § 1447(c), the Court would require Mr. Lopez to pay Wells Fargo's "just costs and any actual expenses, including attorney fees, incurred as a result of the removal." The Court instructed Plaintiff to file an affidavit detailing any just costs and actual expenses. The Court is now in receipt of that affidavit, *see* Weber Decl., Docket No. 17, and hereby enters the following order.

　　"To determine a reasonable attorney fee award, the court employs the lodestar method, under which the court multiplies the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate." *Baerthlein v. Electronic Data Systems Corp.*, No. C 05-00196 VRW, 2005 WL 818381, at *3 (N.D. Cal. Apr. 7, 2005) (citing *Yahoo!, Inc. v. Net Games, Inc.*, 329 F. Supp. 2d 1179, 1182 (N.D. Cal. 2004). In this case, counsel only requests three hours of billed time. Weber Decl. ¶ 3. The Court finds such a request reasonable given the nature of the remand request in this case and sufficient to "reimburse[] to plaintiffs [] wholly unnecessary litigation costs the defendant[] inflicted." *Moore v. Kaiser Foundation Hospitals, Inc.*, 765 F. Supp. 1464, 1466 (N.D. Cal. 1991), *aff'd*

981 F.2d 443 (9th Cir.1992). In addition, the Court finds the hourly rate of $190 reasonable, Weber Decl. ¶ 3, as it is well within the prevailing rates in this area and under a rate approved by this District for § 1447(c) fees over six years ago. *See Baerthlein*, 2005 WL 818381 at *5 (using an average market rate of $200 per hour).

Accordingly, the Court hereby GRANTS Plaintiff's requested $570 in attorney's fees.

IT IS SO ORDERED.

Dated: January 12, 2012

_____
EDWARD M. CHEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE,

        Plaintiff,

  v.

CARLOS LOPEZ et al,

        Defendant.

Case Number: CV11-03550 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Lopez
336 West H Street
Dixon, CA 94620

Dated: January 12, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk